FILED
2011 Feb-16 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERRYL SNODGRASS CAFFEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALABAMA SUPREME COURT** *et al,* )<br>)<br>Defendants. ) | CASE NO. 2:10-cv-3050-VEH |

## MOTION TO STRIKE (DOC. 27)

COME NOW Defendants Alabama Supreme Court; Sue Bell Cobb; Champ Lyons, Jr.; Thomas A. Woodall; Lyn Stuart; Patricia M. Smith; Michael F. Bolin; Tom Parker; Glenn Murdock; Greg Shaw; Robert G. Esdale, Sr.; Ann Wilson and James Woodroof, and move this Court to strike as untimely filed "Plaintiff's Responsive Brief in Response to Exhibit B of the Court's Order and Doc. 17: Defendants' Motion to Dismiss, and/or in the alternative Motion for More Definite Statement, or in the alternative, Motion to Strike" (Doc. 27) and for grounds show as follows:

1.      Defendants filed their "Motion to Dismiss and/or in the Alternative, Motion for More Definite Statement, and or in the Alternative, Motion to Strike" and supporting brief (Docs. 18 and 19) on January 20, 2011.

2. The Court's "ALND Uniform Initial Order Governing All Further Proceedings" required the Plaintiff's response to be filed on February 10, 2011.

3. The Plaintiff filed her responsive pleading on February 14, 2011 – four days late.

4. Plaintiff did not seek an enlargement of time to file her response.

5. Plaintiff has a pattern and practice of ignoring deadlines and is showing the same disdain for this Court's deadlines that she exhibited to the Alabama Supreme Court that resulted in her disbarment appeal being dismissed for lack of prosecution.

s/ *Jeffery H. Long*  
Jeffery H. Long  
Assistant Attorney General

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL  
501 Washington Avenue  
Montgomery, AL 36130  
(334) 242-7555  
(334) 242-2433 (fax)

## **CERTIFICATE OF SERVICE**

I certify that I have this 16th day of February, 2011, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, which will send notification of same to the following CM/ECF participants:

Robert E. Lusk, Jr.

Christie J. Strange

I further certify that I have served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Sherryl Snodgrass Caffey
PO Box 1276
56 Hughes Road
Madison, AL 35758

                                                                                                                s/ *Jeffery H. Long*
                                                                                                                Jeffery H. Long
                                                                                                                 Assistant Attorney General